

# IN THE COURT OF CRIMINAL APPEALS
# OF TEXAS

### NOS. WR-62,099-04 and WR-62,099-05

### IN RE ROBERT LYNN PRUETT, Applicant

### ON COUNSEL'S MOTIONS FOR LEAVE TO APPEAR TO FILE MOTIONS FOR STAYS OF EXECUTION PENDING THE DISPOSITION OF APPLICATIONS FOR WRITS OF HABEAS CORPUS FILED ON APPLICANT PRUETT'S BEHALF FROM CAUSE NO. B-01-M015-PR-B IN THE 156TH JUDICIAL DISTRICT COURT BEE COUNTY

*Per curiam*. NEWELL, J., filed a concurring statement in which ALCALA, J., joined. RICHARDSON, J., not participating.

### O R D E R

We have before this Court two "Motion[s] for Leave to Appear" for David Dow to appear on behalf of applicant Robert Pruett to file motions to stay Pruett's execution in conjunction with the filing of two separate subsequent applications for writs of habeas corpus. Dow filed the first application in the convicting court on April 17, 2015, and he has stated his intent to file the second application today. We grant Dow leave to appear

before this Court with regard to both applications for writs of habeas corpus in the Pruett case.

Robert Lynn Pruett is scheduled for execution on April 28, 2015.  Pursuant to Miscellaneous Rule 11-003, pleadings filed on behalf of Pruett are due to be filed in this Court no later than Monday, April 20, 2015.  Any pleadings filed after that date shall be accompanied by a good-cause statement as required by Rule 11-003.

IT IS SO ORDERED THIS THE 20th DAY OF APRIL, 2015.

Do Not Publish